*Kim Baily*

I need to report events that have occurred in recent months that have brought me here today. Mr. Steven Duncan has made several offensive inappropriate sexual advances towards me since approximately December, 2001. Until now, I was too embarrassed and afraid to report his advances.

December 2001, Marjorie Phipps, Patty Kalmbacher, Steve Duncan and I went to the Back Stage Café. That evening Mr. Duncan advised me that the MainStreet Sales & Service Supervisor position was available. He asked me directly if I were interested. I was elated and advised him YES!! He asked me to come talk to him the next day at work. As the evening progressed, Patty and Margie left, leaving Mr. Duncan and me. Mr. Duncan suggested he walk me to my car, which because of the location of this bar, seemed appropriate. As we approached my car I began to feel extremely awkward about the situation, however, nothing offensive occurred.

Shortly thereafter I was approved for an interview for the MainStreet position. I interviewed with Mr. Duncan and Ms. Phipps for the supervisory position and soon thereafter the position was offered to me and plans for me to transfer over to MainStreet were underway.

Over the next several weeks Mr. Duncan, Margie, and I met several times after hours to discuss where we were going with MainStreet. At these meetings the conversation sometimes turned to personal matters. I spoke of my current separation from my husband, my kids and also my very close girlfriends. One evening I invited Mr. Duncan to join me and my girlfriends at the Back Stage Café. He agreed to meet us there but didn't want me to tell Margie.

Almost immediately after he arrived he began rubbing my back and touching my backside. I was offended by this and asked him "what are you doing?" He completely ignored my question and asked me if I wanted to dance. I told him no. Mr. Duncan also asked me questions about traveling and if I would have any problems getting away for business. He insinuated that we could travel together and that he was interested in having sex with me on these trips. He insinuated that having sex with him could be beneficial to my career.

As the evening progressed, I decided that it was getting late and I and my girlfriends wanted to go to a tavern near our homes. I was thinking we (my girlfriends & I) would leave but would have to extend the offer to Mr. Duncan, hoping he would decline to follow. Mr. Duncan accepted the offer to follow us. We went to Bank Shots in Pike Creek. After being there for a short while, Mr. Duncan advised he needed to go home. He had a much farther drive to make. He asked me to walk him to his car, and I complied. When we got to his car, he asked me to get in the car so that we could talk just a little more. I complied. As soon as I entered his car he lunged at me forcing his tongue in my mouth. He started kissing me, feeling my breast and telling me how excited I made him and that he would "love to make love to me". He reiterated that he would have to find a way for us to travel together.

I was in shock. My girlfriends came out into the parking lot to check on me. One girlfriend knocked on his window, telling me to get out. I reached for the door and he reached for me. He kissed me one more time and then let me go. I got out of the car and was so embarrassed; I

EXHIBIT B

didn't know what to tell my friends.

The next day at work was very awkward. Approximately one week later I asked Mr. Duncan to lunch to talk about what happened. As soon as we sat down at the table and I informed Mr. Duncan that I was not interested in a relationship with him and did not want a repeat of what occurred earlier, he thanked me for taking that weight off his shoulders. I asked him if I got the job because of my physical appearance or if he was thinking along the lines of establishing a relationship with me? He reassured me that the reason I was offered the position was not because of my physical attributes and that I was more than qualified for the position. He indicated he was looking forward to watching me advance. I also conveyed to him that I didn't want anyone to think I got this job because I slept with him. He again thanked me for being so open, honest and up front with him. He said he thought our business relationship would prosper if we did not make our relationship sexual. By the conclusion of our meeting I made it clear that I believed I had did not want any more sexual advances or sexual innuendo.

About two months later, Mr. Duncan advised me that Mr. Durham, a marketing representative, would be coming in from Andover and that I should invite a girlfriend to join us for drinks. Mr. Duncan again asked me not to advise Margie of our plans. I complied and invited one of my girlfriends. Mr. Durham made it to our office late in the afternoon. Mr. Duncan met with him in the boardroom and called me in soon after their meeting started. I went to the boardroom to meet Mr. Durham with paper and pen to take notes. I approached Mr. Durham to shake his hand, both Mr. Duncan and Mr. Durham stood for the introduction. After I shook Mr. Durham's hand, I turned to go around the table to sit. As I turned, Mr. Duncan said... "see, what did I tell ya." I got to my seat, and questioned Mr. Durham about his comment. Both Mr. Durham & Mr. Duncan just smiled and ignored the question. I sat ready to take notes with reference to Andover's marketing appetite but the conversation never went there. Mr. Duncan asked if I was ready to go and who would be meeting us? I told him yes, I was ready and my friend was joining us. He told me to go close up my computer and to meet him and Mr. Durham at Back Stage Café.

Soon after we arrived we decided to visit another bar. Mr. Duncan suggested I ride with him and have Mr. Durham ride over with my friend because Mr. Duncan wanted to " talk to me". We got into the cars and we started down the road. Mr. Duncan started holding my hand, rubbing my palms and fingers. He told me that Mr. Durham was "really attracted to me" and in saying this; he started rubbing my leg and my inner thigh. He advised me Mr. Durham would love to be rubbing my leg right at this moment. I gave a nervous laugh to Mr. Duncan and put his hand in mine, to keep his hands off me. We arrived at the bar and the evening was uneventful after that.

Soon thereafter, Mr. Duncan received an invitation from Travelers to attend a Senior Golf Tournament in Graves, MD. Mr. Duncan advised me that Mr. Durham would be there and we (Mr. Durham & I) could "hook up". The golf tournament was on a Saturday and Mr. Duncan advised me to clear my calendar so the two of us could attend. He told me Mr. Durham might able to set us up in the hotel for the night. Here again, he asked me not to tell Margie.

I met Mr. Duncan on the Saturday morning we were to go to the tournament. Shortly after I got into his car Mr. Duncan started talking about sex again. He took my hand and pushed it in

between my legs. He asked me to masturbate. to show him "how I would pleasure myself". I did not comply. He continued trying to force me by keeping my hand in between my legs. This was very offensive to me. I immediately changed the subject and eventually he took his hands off of me. During the rest of the ride down he was talking about his extra-marital affairs. He stated that he has never been faithful to his wife and probably would never be.

We finally made it to the golf tournament and toward the end of the day Mr. Duncan tried to make arrangements to drop me off at Mr. Durham's hotel despite the fact that I was not interested in being dropped off there. I asked Mr. Duncan to please stop worrying about my sex life. I would be fine and did not need him to try to "hook me up." Finally Mr. Duncan agreed to go home but we would stop for some dinner first. We stopped somewhere in Maryland where Mr. Duncan began again telling me about his sex life and his extra-marital affairs.

The next event that happened that really made me see how Mr. Duncan thought of me was on our over night trip to Randolph, NJ. I was concerned because he advised me of his recent break up of an extra-marital affair and I didn't want him to think that he could refocus his sexual desire on me. When we were scheduling the trip I indicated we would be staying in two separate rooms. He agreed.

We scheduled a meeting for Mr. Duncan and me to meet with the core producers from Randolph to educate them on some of our procedures and to basically reassure them their clients past and present will be taken care of. On our ride up Mr. Duncan tried to describe each producer and their different mannerisms. Mr. Duncan advised me the best way for us to win them over is for these men to "love me". I need to make them "love me". I thought love was a strong word but I was trying to go with the importance of the situation. A majority of our small business is written from this area and has direct connections with these producers. The implication, however, was that I should consider sleeping with these producers as a way for us to garner their favor and keep their business.

We arrived and had our meeting. We were scheduled for a dinner and drinks afterward at a restaurant. Our meeting went well and the dinner was extremely nice. A few of us stayed afterwards for cocktails. Soon all that was left was Mr. Duncan, myself and one other of the Randolph core producers. Mr. Duncan decided he wanted to go back to the hotel and would leave me with this producer.

I told Mr. Duncan, I would leave with him; I needed to go back to my room and catch up on some e-mails and what not. He insisted I stay and establish the "relationship". I again said I think I should go; I barely know this individual and would feel uncomfortable having him drive me back to the hotel. Mr. Duncan told me everything would be ok. Feeling like a sold piece of meat and dumbfounded at my situation, I sat there and had a few more drinks with this producer and explained how awkward I felt and how cheap this made me feel. Again, the implication was that I should sleep with this person. This person eventually drove me back to my hotel without doing anything improper to me. However, I blame Mr. Duncan for putting me in this embarrassing position.

I am very grateful to our company for the promotion and I my work immensely. However, I am concerned for my future at Commerce with Mr. Duncan in control of my career. I am sick to my stomach and find it extremely hard to do my work. I've recently learned of some other issues that I would prefer talking about rather than putting them in writing. I'm a single mom with two children; I'm a hard worker and I need my job.

I did nothing to deserve this treatment of me by Mr. Duncan and I respectfully request that Commerce see to it that it will not happen again and that no adverse action be taken against me as a result of this complaint now and in the future.

Patti/Baily