

August 27, 2003

Kimberley Bailey
3214 Champions Drive
Wilmington, DE 19808

Dear Kimberley,

It has come to management's attention that an incident occurred in the Delaware office on August 12, 2003. The incident involved inappropriate behavior you exhibited toward a subordinate. Two other employees witnessed this incident and both verified the inappropriate behavior.

We previously discussed with you the issue of behavior in the workplace, and even arranged for you to attend training on that area, as well as other topics related to your employment at Commerce.

The type of wrongful conduct exhibited by you as a supervisor, on August 12, 2003, is unacceptable and violates Commerce's policies. It is, therefore, necessary for Commerce to terminate your employment effective immediately.

If you have further questions, please contact me at (856) 470-3309.

Sincerely,

Deborah Watson
Human Resources Manager


cc: Joe Morrissey
    Ed Kiessling

EXHIBIT C