05-183

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Kimberley A. Bailey

(b) County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number) **(302)656-7776**
Thomas C. Marconi, Esq., Losco & Marconi, P.A.
1813 N. Franklin St., Wilmington, DE 19802

## DEFENDANTS
Commerce National Insurance Services, Inc.

County of Residence of First Listed Defendant: **New Castle**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): **unknown**

## II. BASIS OF JURISDICTION
[X] 3  Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 442 Employment

## V. ORIGIN
[X] Original Proceeding

## VI. CAUSE OF ACTION
42 USC 2000(e)(2) et. seq.
Brief description of cause: claim of retaliation under Title VII

## VII. REQUESTED IN COMPLAINT:
DEMAND $ to be determined
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
none

DATE: 3/24/05

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE