IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY,<br><br>                      Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE<br>SERVICES, INC.,<br>a New Jersey corporation,<br><br>                      Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action<br><br>Jury Trial Demanded |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William M. Tambussi and Susan M. Leming of Brown & Connery, LLP, 360 Haddon Avenue, Westmont, New Jersey 08108, to represent defendant Commerce Insurance Services, Inc. in this matter.

                                      POTTER ANDERSON & CORROON LLP

                                      By: _/s/ Sarah E. DiLuzio_
                                          Wendy K. Voss (I.D.# 3142)
                                          Sarah E. DiLuzio (I.D. # 4085)
                                          Hercules Plaza, 6th Floor
                                          1313 N. Market Street
                                          Wilmington, DE  19801
                                          Telephone (302) 984-6000
                                          wvoss@potteranderson.com
                                          sdiluzio@potteranderson.com

Dated:  May 17, 2005                          *Attorneys for Defendant*
678777                                              *Commerce Insurance Services, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel"s motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

_____
United States District Judge

Date: _____

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 13, 2005         Signed: _____
                            William M. Tambussi, Esquire
                            BROWN & CONNERY, LLP
                            360 Haddon Avenue
                            P.O. Box 539
                            Westmont, NJ 08108
                            Telephone: (856) 854-8900

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of New Jersey and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

  ☐ has been paid to the Clerk of the Court

  ☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 13, 2005    Signed: _____
               Susan M. Leming, Esquire
               BROWN & CONNERY, LLP
               360 Haddon Avenue
               P.O. Box 539
               Westmont, NJ 08108
               Telephone: (856) 854-8900

## **CERTIFICATE OF SERVICE**

I, Sarah E. Diluzio, hereby certify that on May 17, 2005, I electronically filed true and correct copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered two copies to the following counsel of record:

>Thomas C. Marconi, Esquire
>Losco & Marconi, P.A.
>1813 N. Franklin Street
>P.O. Box 1677
>Wilmington, DE 19899

>*Sarah E. Diluzio*
>Sarah E. DiLuzio (DSB ID No. 4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, Delaware  19899-0951
>Tel:  (302) 984-6000
>E-mail:  sdiluzio@potteranderson.com

682451/29067