

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
302 984-6279
302 658-1192 Fax
sdiluzio@potteranderson.com

May 20, 2005

### ELECTRONIC FILING via CM/ECF

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    **Bailey v. Commerce National Ins. Services, Inc.,
C.A. No. 05-183-SLR**

Dear Judge Robinson:

      In anticipation of the scheduling teleconference in the above-referenced matter, which is scheduled to be held on Tuesday, May 24, 2005 at 8:30 a.m., enclosed please find the parties' proposed scheduling order. The parties are in agreement with respect to the details and dates set forth in the proposed order.

      Respectfully,

      *Sarah DiLuzio*

      Sarah E. DiLuzio
      Delaware Bar I.D. 4085

SED/drt
Enclosure

cc:    Clerk of the Court (Electronic filing via CM/ECF)
       Thomas C. Marconi, Esquire (Electronic filing via CM/ECF)

683135/29067