IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY,<br><br>               Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE<br>SERVICES, INC.,<br>a New Jersey corporation,<br><br>               Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged initial disclosures prior to the conference.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects:

        i. Plaintiff's claims of sex discrimination and retaliation;

        ii. Plaintiff's claims for damages; and

        iii. Defendant's defenses to Plaintiff's claims.

    (b) All fact discovery shall be commenced in time to be completed by November 30, 2005.

    (c) Maximum of 25 interrogatories of each party to any other party.

    (d)    Maximum of <u>25</u> requests for admission by each party to any other party.

    (e)    Maximum of <u>10</u> depositions by plaintiff and <u>10</u> by defendant.

    (f)    Each deposition shall be limited to a maximum of <u>7</u> hours unless extended by agreement of parties.

    (g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by <u>December 31, 2005</u>. Rebuttal expert reports due by <u>January 30, 2006</u>. All expert depositions will be completed on or before <u>February 27, 2006</u>.

    (h)    **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of the protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before <u>November 30, 2005</u>.

4.    **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.    **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before <u>March 17, 2006</u>. Briefing shall be

pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

      6.    **Applications by Motion.**   Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

      7.    **Motions in Limine.**  All motions in limine shall be filed on or before **[two weeks before pretrial conference].**  All responses to said motions shall be filed on or before **[one week before pretrial conference].**

      8.    **Pretrial Conference.**   A pretrial conference will be held on __[April 2006]____ at _____ m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

      9.    **Trial**.  This matter is scheduled for a [day/week] bench/jury trial commencing on _[May 2006 for 5-7 days]_____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties shall plan on being allocated a total number of hours in which to present their respective cases.

      10.   **Other Items.**  The Parties have discussed and will continue to discuss computer based and other digital discovery matters.  Any issues surrounding discovery of computer or digital discovery may be raised by either party at the scheduling conference on May 24, 2005.

_____
United States District Judge