IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY<br><br>              Plaintiff,<br>vs.<br><br>COMMERCE NATIONAL<br>INSURANCE SERVICES, INC.,<br>a New Jersey corporation<br><br>              Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## NOTICE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 23rd day of May, 2005, that two (2) true and correct copies of **DEFENDANT COMMERCE INSURANCE SERVICES' RULE 26(a)(1) INITIAL DISCLOSURES** were served in the manner indicated on the following counsel of record:

        **BY HAND DELIVERY**
        Thomas C. Marconi, Esquire
        Losco & Marconi, P.A.
        1813 N. Franklin Street
        P.O. Box 1677
        Wilmington, DE 19899

        _/s/ Sarah E. DiLuzio_
        Sarah E. DiLuzio (DSB ID No. 4085)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, 6th Floor
        1313 North Market Street
        Post Office Box 951
        Wilmington, Delaware  19899-0951
        Tel:  (302) 984-6000
        E-mail:  sdiluzio@potteranderson.com

683289/29067