IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY<br><br>    Plaintiff,<br>vs.<br><br>COMMERCE NATIONAL<br>INSURANCE SERVICES, INC.,<br>a New Jersey corporation<br><br>    Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

### NOTICE OF DEPOSITION TO KIMBERLEY BAILEY

TO:  Thomas C. Marconi, Esquire
   Attorney for Plaintiff
   1813 N. Franklin Street
   P.O. Box 1677
   Wilmington, DE 19899

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, commencing on **July 20, 2005 at 10:00 a.m.**, William M. Tambussi, Esquire, will take the deposition upon oral examination before a notary public or duly authorized officer, authorized to administer oath of the following individuals at the offices of Potter, Anderson & Corroon, LLP at 1313 North Market Street, Hercules Plaza – 6th Floor, Wilmington, Delaware:

**KIMBERLEY BAILEY**

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed. You are invited to attend and cross-examine.

|  |  |
|---|---|
| Of Counsel:<br><br>William M. Tambussi, Esq.<br>Susan M. Leming, Esq.<br>BROWN & CONNERY, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08108<br>(856) 854-8900 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Sarah E. DiLuzio<br>Wendy K. Voss (I.D.# 3142)<br>Sarah E. DiLuzio (I.D. # 4085)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>wvoss@potteranderson.com<br>sdiluzio@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Commerce Insurance Services, Inc.* |

Dated:   May 24, 2005
683505

## **CERTIFICATE OF SERVICE**

I, Sarah E. Diluzio, hereby certify that on May 24, 2005, I electronically filed true and correct copies of the foregoing NOTICE OF DEPOSITION TO KIMBERLEY BAILEY with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered two copies to the following counsel of record:

    Thomas C. Marconi, Esquire
    Losco & Marconi, P.A.
    1813 N. Franklin Street
    P.O. Box 1677
    Wilmington, DE 19899

    /s/ Sarah E. DiLuzio
    Sarah E. DiLuzio (DSB ID No. 4085)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Post Office Box 951
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    E-mail: sdiluzio@potteranderson.com