IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY<br><br>Plaintiff,<br>vs.<br><br>COMMERCE NATIONAL<br>INSURANCE SERVICES, INC.,<br>a New Jersey corporation<br><br>Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## NOTICE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on May 24, 2005, two (2) true and correct copies of defendant Commerce Insurance Services Inc.'s (improperly pled as Commerce National Insurance Services, Inc.) First Request for Production of Documents to Plaintiff KIMBERLEY BAILEY were served in the manner indicated on the following counsel of record:

BY HAND
Thomas C. Marconi, Esquire
1813 N. Franklin Street
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Wendy K. Voss (I.D.# 3142)
Sarah E. DiLuzio (I.D. # 4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
wvoss@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant*
*Commerce Insurance Services, Inc.*

Of Counsel:

William M. Tambussi, Esq.
Susan M. Leming, Esq.
BROWN & CONNERY, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900

Dated: May 24, 2005
683497