## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY | ) |
| | ) |
|     Plaintiff, | ) C.A. No.: 05-183 SLR |
| | ) |
| v. | ) Trial by Jury Demanded |
| | ) |
| COMMERCE NATIONAL INSURANCE | ) |
| SERVICES, INC., a New Jersey corporation. | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF SERVICE

I, Thomas C. Marconi, Esquire, hereby certify that on this 21st day of June, 2005, I caused two true and correct copies of *Plaintiff Kimberly Bailey's Request for Production of Documents Directed to the Defendant and Plaintiff Kimberly Bailey's First Interrogatories Directed to Plaintiff* to be delivered by hand upon the following:

    Wendy K. Voss, Esquire
    Sarah E. DiLuzio
    Potter Anderson & Corroon, LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801

and by first class mail, postage prepaid upon the following:

    William M. Tambussi, Esquire
    Susan M. Leming, Esquire
    Brown & Connery, LLP
    360 Haddon Avenue
    P.O. Box 539
    Westmont, NJ 08108

**LOSCO & MARCONI, P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
F(302)656-7774

Date:   June 21, 2005     tmarconi@delaw.org
Attorneys for Plaintiff, Kimberley A. Bailey

G:\Carla\Bailey, Kim 0309-3714\Pleadings\Notice of Service to Plaintiffs RPD & Ig's  to Defendant.wpd