IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY<br><br>Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE SERVICES, INC.,<br>a New Jersey corporation<br><br>Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Commerce Insurance Services, Inc., hereby certifies that true and correct copies of Defendant Commerce Insurance Services' First Set of Interrogatories Directed to Plaintiff Kimberely Bailey were caused to be served on June 24, 2005 on the attorney of record at the following addresses as indicated:

### VIA HAND DELIVERY

Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
P.O. Box 1677
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (I.D.# 3142)
Sarah E. DiLuzio (I.D. # 4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Telephone (302) 984-6000
wvoss@potteranderson.com
sdiluzio@potteranderson.com

Of Counsel:

William M. Tambussi, Esq.
Susan M. Leming, Esq.
BROWN & CONNERY, LLP
360 Haddon Avenue
P.O. Box 539

Westmont, NJ 08108  
(856) 854-8900

*Attorneys for Defendant*
*Commerce Insurance Services, Inc.*

Dated:   June 24, 2005  
687977

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on June 24, 2005, the attached **NOTICE OF SERVICE** was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

BY HAND DELIVERY

Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
P.O. Box 1677
Wilmington, DE 19899

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com