IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-183 SLR |
| ) | |
| v. ) | Trial by Jury Demanded |
| ) | |
| COMMERCE NATIONAL INSURANCE ) | |
| SERVICES, INC., a New Jersey corporation. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Thomas C. Marconi, Esquire, hereby certify that on this 6th day of July, 2005, I caused a true and correct copy of *Plaintiff Kimberly Bailey's Reply to Defendant Commerce National Insurance Services, Inc.'s Request for Production of Documents* were delivered by Federal Express upon the following:

William M. Tambussi, Esquire
Susan M. Leming, Esquire
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

**LOSCO & MARCONI, P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
F(302)656-7774
tmarconi@delaw.org
Attorneys for Plaintiff, Kimberley A. Bailey