IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY | ) |
| | ) |
|     Plaintiff, | ) C.A. No.: 05-183 SLR |
| | ) |
| v. | ) Trial by Jury Demanded |
| | ) |
| COMMERCE NATIONAL INSURANCE | ) |
| SERVICES, INC., a New Jersey corporation. | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF SERVICE**

I, Thomas C. Marconi, Esquire, hereby certify that on this 26th day of August, 2005, I caused a true and correct copy of *Plaintiff Kimberly Bailey's Answers to Defendant Commerce National Insurance Services, Inc.'s First Set of Interrogatories Directed to Plaintiff* were delivered by hand upon the following:

    Wendy K. Voss, Esquire
    Sarah E. DiLuzio, Esquire
    Potter Anderson & Corroon, LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801

and by first class mail, postage prepaid upon the following:

William M. Tambussi, Esquire
Susan M. Leming, Esquire
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

                     **LOSCO & MARCONI, P.A.**


                     /s/Thoms C. Marconi, Esquire
                     Thomas C. Marconi, Esquire (#2761)
                     1813 N Franklin Street
                     P.O. Box 1677
                     Wilmington, DE 19899
                     (302) 656-7776
                     F(302)656-7774
                     tmarconi@delaw.org
                     Attorneys for Plaintiff, Kimberley A. Bailey