UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLEY A. BAILEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-183-SLR |
| | ) | |
| COMMERCE INSURANCE | ) | TRIAL BY JURY DEMANDED |
| SERVICES, INC., a New Jersey | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I hereby certify this 21ˢᵗ day of October, 2005, that a true and correct copy of

DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF

DOCUMENTS and DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF

INTERROGATORIES were served on the following counsel of record by Hand

Delivery:

> Thomas C. Marconi, Esquire
> Losco & Marconi, PC
> 1813 N. Franklin Street
> Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By _Elizabeth King_
Wendy K. Voss (I.D.# 3142)
Sarah E. DiLuzio (I.D. # 4085)
Elizabeth King (I.D. #4475)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile

*Attorneys for Defendant*

OF COUNSEL:

William M. Tambussi, Esquire
Susan M. Leming, Esquire
BROWN & CONNERY, LLP
360 Haddon Avenue
Westmont, NJ  08108

Dated:  October 21, 2005
PA&C-704365v1