
Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Elizabeth King**
Associate
Attorney at Law
eking@potteranderson.com
302 984-6044 Direct Phone
302 658-1192 Fax

November 8, 2005

### ELECTRONIC FILING via CM/ECF

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:    **Kimberly A. Bailey v. Commerce National Insurance Services, Inc.,
Civil Action No. 05-CV-183-SLR**

Dear Judge Robinson:

      Enclosed please find a proposed Stipulated Confidentiality Order in the above-referenced matter for the Court's consideration.

      Counsel are available should Your Honor have any questions.

                      Respectfully,

                      *Elizabeth King*
                      Elizabeth King

EK/drt
Enclosure

cc:  Clerk of the U.S. District Court (w/encl.) (via Electronic Filing CM/ECF)
      Thomas C. Marconi, Esquire (w/encl.) (via Electronic Filing CM/ECF and Hand Delivery)

PA&C-704428v1