IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLEY A. BAILEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-183-SLR |
| | ) | |
| COMMERCE NATIONAL INSURANCE SERVICES, INC., a New Jersey corporation, | ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:  Thomas C. Marconi, Esquire
   Attorney for Plaintiff
   1813 N. Franklin Street
   P.O. Box 1677
   Wilmington, DE 19899

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, commencing on **November 29, 2005 at 10:00 a.m.**, William M. Tambussi, Esquire, will take the deposition upon oral examination before a notary public or duly authorized officer, authorized to administer oath of the following individuals at the offices of Potter, Anderson & Corroon, LLP at 1313 North Market Street, Hercules Plaza – 6th Floor, Wilmington, Delaware:

**KIMBERLEY BAILEY**

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed. You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

By: *Elizabeth King*
Wendy K. Voss (I.D.# 3142)
Elizabeth King (I.D. # 4475)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
wvoss@potteranderson.com
eking@potteranderson.com

*Attorneys for Defendant*
*Commerce Insurance Services, Inc.*

Of Counsel:

William M. Tambussi, Esq.
Susan M. Leming, Esq.
BROWN & CONNERY, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900

Dated: November 18, 2005
PA&C-708247

## CERTIFICATE OF SERVICE

I, Elizabeth King, certify this 18th day of November 2005, I caused the foregoing **NOTICE OF DEPOSITION** to be electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Thomas C. Marconi, Esquire
> Losco & Marconi, PA
> 1813 N. Franklin Street
> P.O. Box 1677
> Wilmington, DE 19899

*Elizabeth King*
Elizabeth King (DSB ID No. 4475)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: eking@potteranderson.com