IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-183-SLR |
| ) | |
| COMMERCE NATIONAL ) | TRIAL BY JURY DEMANDED |
| INSURANCE SERVICES, INC., a ) | |
| New Jersey corporation, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

The parties, by their undersigned counsel, hereby move this Honorable Court for an extension of the case scheduling order. The parties have propounded discovery requests and have served discovery responses, but still need additional time to complete depositions and propound additional interrogatories. An extension of the scheduling order will not impose any inconvenience on the Court as there are no pretrial or trial dates scheduled in this action. The parties request that the scheduling order be amended to reflect the following changes:

**2. Discovery.**

(b) All fact discovery shall be commenced in time to be completed by February 1, 2006.

(c) Maximum of <u>40</u> interrogatories of each party to any other party.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by January 30, 2006. Rebuttal expert reports due by March 1, 2006. All expert depositions shall be completed on or before March 31, 2006.

5.      **Summary Judgment Motions.**   All summary judgment motions shall be served and filed with an opening brief on or before May 1, 2006.

| | |
|---|---|
| LOSCO & MARCONI, P.A. | POTTER ANDERSON & CORROON LLP |
| By __/s/ Thomas C. Marconi__<br>　　Thomas C. Marconi (I.D. #2761)<br>　　1813 North Franklin Street<br>　　P.O. Box 1677<br>　　Wilmington, DE  19899<br>　　(302) 656-7776 – Telephone<br>　　(302) 656-7774 – Facsimile<br><br>*Attorney for Plaintiff* | By __/s/ Elizabeth King__<br>　　Wendy K. Voss (I.D.# 3142)<br>　　Elizabeth King (I.D. #4475)<br>　　Hercules Plaza, Sixth Floor<br>　　1313 North Market Street<br>　　P.O. Box 951<br>　　Wilmington, DE  19801<br>　　(302) 984-6000 – Telephone<br>　　(302) 658-1192 – Facsimile<br><br>*Attorneys for Defendant*<br><br>OF COUNSEL:<br><br>William M. Tambussi, Esquire<br>Susan M. Leming, Esquire<br>BROWN & CONNERY, LLP<br>360 Haddon Avenue<br>Westmont, NJ  08108 |

Dated:  December 9, 2005

**IT IS SO ORDERED** this ____ day of _____, 2005, that the foregoing changes to the Scheduling Order are adopted.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson