IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-183-SLR |
| ) | |
| COMMERCE NATIONAL ) | TRIAL BY JURY DEMANDED |
| INSURANCE SERVICES, INC., a ) | |
| New Jersey corporation, ) | |
| ) | |
| Defendant. ) | |

### SECOND JOINT MOTION TO EXTEND SCHEDULING ORDER

The parties, by their undersigned counsel, hereby move this Honorable Court for an extension of the case scheduling order. The parties have propounded discovery requests and have served discovery responses, but still need additional time to complete depositions and propound additional interrogatories. An extension of the scheduling order will not impose any inconvenience on the Court as there are no pretrial or trial dates scheduled in this action. The parties request that the scheduling order be amended to reflect the following changes:

2.  **Discovery.**

    (b) All fact discovery shall be commenced in time to be completed by **March 31, 2006**.

All other dates in the scheduling order shall remain unchanged.

| LOSCO & MARCONI, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By  /s/ Thomas C. Marconi<br>    Thomas C. Marconi (I.D. #2761)<br>    1813 North Franklin Street<br>    P.O. Box 1677<br>    Wilmington, DE 19899<br>    (302) 656-7776 – Telephone<br>    (302) 656-7774 – Facsimile<br><br>*Attorney for Plaintiff* | By  /s/ Sarah E. DiLuzio<br>    Wendy K. Voss (I.D.# 3142)<br>    Sarah E. DiLuzio (I.D. #4085)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19801<br>    (302) 984-6000 – Telephone<br>    (302) 658-1192 – Facsimile<br><br>*Attorneys for Defendant*<br><br>OF COUNSEL:<br><br>William M. Tambussi, Esquire<br>Susan M. Leming, Esquire<br>BROWN & CONNERY, LLP<br>360 Haddon Avenue<br>Westmont, NJ 08108 |

Dated: February 1, 2006

**IT IS SO ORDERED** this ____ day of _____, 2006, that the foregoing changes to the Scheduling Order are adopted.

_____
The Honorable Sue L. Robinson