IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLEY A. BAILEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-183-SLR |
| | ) | |
| COMMERCE NATIONAL INSURANCE SERVICES, INC., a New Jersey corporation, | ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

**RE-NOTICE OF DEPOSITION**

TO:   Thomas C. Marconi, Esquire
      Attorney for Plaintiff
      1813 N. Franklin Street
      P.O. Box 1677
      Wilmington, DE 19899

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Commerce National Insurance Services, Inc. ("Defendant"), by its undersigned attorneys, will continue to take the deposition of Plaintiff Kimberley A. Bailey ("Plaintiff") by oral testimony before an officer duly authorized to administer an oath, on **February 7, 2006 at 10:00 a.m.** at the offices of Potter Anderson & Corroon LLP, located at 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801. The deposition will be recorded stenographically. You are invited to attend and cross-examine.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ Sarah E. DiLuzio |
|  | Wendy K. Voss (I.D.# 3142) |
|  | Sarah E. DiLuzio (I.D.# 4085) |
|  | Hercules Plaza, 6th Floor |
|  | 1313 N. Market Street |
|  | Wilmington, DE 19801 |
| Of Counsel: | Telephone (302) 984-6000 |
|  | wvoss@potteranderson.com |
|  | sdiluzio@potteranderson.com |
| William M. Tambussi, Esq. |  |
| Susan M. Leming, Esq. |  |
| BROWN & CONNERY, LLP | *Attorneys for Defendant* |
| 360 Haddon Avenue | *Commerce Insurance Services, Inc.* |
| P.O. Box 539 |  |
| Westmont, NJ 08108 |  |
| (856) 854-8900 |  |

Dated:   February 2, 2006
715134v2

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on February 2, 2006, I electronically filed true and correct copies of the foregoing RE-NOTICE OF DEPOSITION TO KIMBERLEY A. BAILEY with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and hand delivered two copies to the following counsel of record:

>Thomas C. Marconi, Esquire
>Losco & Marconi, P.A.
>1813 N. Franklin Street
>P.O. Box 1677
>Wilmington, DE 19899

*Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  sdiluzio@potteranderson.com

715134/29067