## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

KIMBERLEY A. BAILEY )
)
    Plaintiff, ) C.A. No.: 05-183 SLR
)
v. ) Trial by Jury Demanded
)
COMMERCE NATIONAL INSURANCE )
SERVICES, INC., a New Jersey corporation. )
)
    Defendant. )

### NOTICE OF DEPOSITION

TO:

    William M. Tambussi, Esq.
    Brown & Connery LLP
    360 Haddon Avenue
    West Mount, NJ 08108

    PLEASE TAKE NOTICE that the undersigned counsel will take the oral depositions of the following persons on **February 15, and February 16, 2006** at the Law Offices of Losco & Marconi, P.A., 1813 North Franklin Street, Wilmington, Delaware 19802 commencing at 10:00 am. both days:

    Mary Corcoran,
    Dorothy Whallen,
    Darlene Wilkins,
    Valerie Oakes

                    **LOSCO & MARCONI,  P.A.**

                    /s/Thoms C. Marconi, Esquire
                    Thomas C. Marconi, Esquire (#2761)
                    1813 N Franklin Street
                    P.O. Box 1677
                    Wilmington, DE 19899
                    (302) 656-7776
                    F(302)656-7774
                    tmarconi@delaw.org
                    Attorneys for Plaintiff, Kimberley A. Bailey

Date: February 1, 2006
cc: Corbett & Wilcox by facsimile (302)571-1321

G:\Carla\Bailey, Kim 0309-3714\Pleadings US Dist Ct of DE\Notice of Deposition 2.1.06.wpd