IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY,<br><br>                 Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE<br>SERVICES, INC.,<br>a New Jersey corporation,<br><br>                 Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action<br><br>Jury Trial Demanded |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William F. Cook of Brown & Connery, LLP, 360 Haddon Avenue, Westmont, New Jersey 08108, to represent defendant Commerce Insurance Services, Inc. in this matter.

                            POTTER ANDERSON & CORROON LLP

                            By: /s/ Sarah E. DiLuzio
                            Wendy K. Voss (I.D.# 3142)
                            Sarah E. DiLuzio (I.D. # 4085)
                            Hercules Plaza, 6th Floor
                            1313 N. Market Street
                            Wilmington, DE 19801
                            Telephone (302) 984-6000
                            wvoss@potteranderson.com
                            sdiluzio@potteranderson.com

Dated: February 27, 2006                  *Attorneys for Defendant*
678777v2                                        *Commerce Insurance Services, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New Jersey and Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 27, 2006        Signed: /s/ William F. Cook
                               William F. Cook, Esquire
                               BROWN & CONNERY, LLP
                               360 Haddon Avenue
                               P.O. Box 539
                               Westmont, NJ 08108
                               Telephone: (856) 854-8900

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on February 27, 2006, I served two copies of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** upon the following counsel of record in the manner indicated:

BY HAND DELIVERY

Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
P.O. Box 1677
Wilmington, DE 19899

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  sdiluzio@potteranderson.com

678777