## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KIMBERLEY A. BAILEY**<br><br>       **Plaintiff,**<br>**vs.**<br><br>**COMMERCE NATIONAL INSURANCE SERVICES, INC.,**<br>**a New Jersey corporation**<br><br>       **Defendant.** | **Civil No. 05-CV-183 (SLR)**<br><br>**Civil Action** |

### NOTICE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on February 28, 2006, two (2) true and correct copies of **DEFENDANT COMMERCE INSURANCE SERVICES' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF KIMBERLEY BAILEY** were served in the manner indicated on the following counsel of record:

BY HAND

**Thomas C. Marconi, Esquire**
**Losco & Marconi, P.A.**
**1813 N. Franklin Street**
**Wilmington, DE 19899**

POTTER ANDERSON & CORROON LLP

By: _Sarah DiLuzio_

Of Counsel:

William M. Tambussi, Esq.
Susan M. Leming, Esq.
BROWN & CONNERY, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900

Wendy K. Voss (I.D. # 3142)
Sarah E. DiLuzio (I.D. # 4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone (302) 984-6000
wvoss@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant*
*Commerce Insurance Services, Inc.*

Dated:   February 28, 2006
721717