IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY<br><br>        Plaintiff,<br>vs.<br><br>COMMERCE NATIONAL<br>INSURANCE SERVICES, INC.,<br>a New Jersey corporation<br><br>        Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## NOTICE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on March 7, 2006, two (2) true and correct copies of **DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES** were served in the manner indicated on the following counsel of record:

        BY HAND

        Thomas C. Marconi, Esquire
        Losco & Marconi, P.A.
        1813 N. Franklin Street
        Wilmington, DE 19899

        POTTER ANDERSON & CORROON LLP

        By: _/s/ Sarah E. DiLuzio_
        Wendy K. Voss (I.D. # 3142)

Of Counsel:

        Sarah E. DiLuzio (I.D. # 4085)
William M. Tambussi, Esq.        Hercules Plaza, 6th Floor
Susan M. Leming, Esq.        1313 N. Market Street
BROWN & CONNERY, LLP        Wilmington, DE 19801
360 Haddon Avenue        Telephone (302) 984-6000
P.O. Box 539        wvoss@potteranderson.com
Westmont, NJ 08108        sdiluzio@potteranderson.com
(856) 854-8900

        *Attorneys for Defendant*
        *Commerce Insurance Services, Inc.*

Dated:   March 7, 2006
722638