IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-183 SLR |
| ) | |
| v. ) | Trial by Jury Demanded |
| ) | |
| COMMERCE NATIONAL INSURANCE ) | |
| SERVICES, INC., a New Jersey corporation. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:

    Sarah E. DiLuzio, Esquire
    Potter, Anderson & Corroon, LLP
    1313 N. Market Street
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899

    PLEASE TAKE NOTICE , that the undersigned counsel to Plaintiff, Kimberly A. Bailey will present the attached Motion to Amend Scheduling Order to the Court on a date and time convenient to the Court.

**LOSCO & MARCONI, P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
F(302)656-7774
tmarconi@delaw.org
Attorneys for Plaintiff, Kimberley A. Bailey