**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KIMBERLEY A. BAILEY ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 05-183 SLR |
| ) | |
| v. ) | Trial by Jury Demanded |
| ) | |
| COMMERCE NATIONAL INSURANCE ) | |
| SERVICES, INC., a New Jersey corporation. ) | |
| ) | |
| Defendant. ) | |

**STATEMENT UNDER LOCAL RULE 7.1.1**

I, Thomas C. Marconi, Esquire, a member of the Bar of the United States District Court for the District for Delaware, hereby certify, in good faith, that I have made efforts to resolve the dispute which is the subject of the Plaintiff's Motion to Extend Scheduling Order with Defendant's counsel in that on March 29, 2006, I requested that counsel voluntarily consent to an extension of Scheduling Order and I proposed deposition dates for Defendant's witnesses.

On March 30, 2006, I received an e-mail from Defendant's out of town counsel indicating that no extension would be granted and that the proposes deposition dates were not acceptable without proposing any alternative date. Counsel further suggested that Plaintiff make application to the Court for relief.

Following receipt of that e-mail, the undersigned contacted Sarah E. DiLuzio, Esq., Defendant's local counsel, and indicated that under the circumstances, Defendant should consent to the extension. The undersigned requested that Ms. DeLuzio suggest that out of town counsel reconsider. Ms. DiLuzio promised to do so and get back to the undersigned. As of the preparation of this statement no response has been received from Ms. DiLuzio.

Respectfully submitted,

**LOSCO & MARCONI,  P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
F(302)656-7774
tmarconi@delaw.org
Attorneys for Plaintiff, Kimberley A. Bailey

March 31, 2006