IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 05-183 SLR |
| | ) |
| v. | ) Trial by Jury Demanded |
| | ) |
| COMMERCE NATIONAL INSURANCE | ) |
| SERVICES, INC., a New Jersey corporation. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

    I, Thomas C. Marconi, Esquire, hereby certify that on this 31st day of March, 2006, I caused a true and correct copy of *Plaintiff's Motion to Amend Scheduling Order* and *Statement under Rule 7.1.1* were served by U S Mail, postage prepaid, upon the following:

    Sarah E. DiLuzio, Esquire
    Potter Anderson & Corroon, LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801

**LOSCO & MARCONI, P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
F(302)656-7774
tmarconi@delaw.org
Attorneys for Plaintiff, Kimberley A. Bailey