EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KIMBERLEY A. BAILEY,

               Plaintiff,

      vs.

COMMERCE INSURANCE
SERVICES, INC.,
a New Jersey corporation,

           Defendant.

Civil No. 05-CV-183 (SLR)

Civil Action

## [PROPOSED] ORDER

At Wilmington this 4th day of _____May_____, 2005, the parties having

satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial

scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties have exchanged initial

disclosures prior to the conference.

2.    **Discovery.**

    (a)    Discovery will be needed on the following subjects:

        i.  Plaintiff's claims of sex discrimination and retaliation;

        ii.  Plaintiff's claims for damages; and

        iii.  Defendant's defenses to Plaintiff's claims.

    (b)    All fact discovery shall be commenced in time to be completed by

November 30, 2005.

    (c)    Maximum of 25 interrogatories of each party to any other party.

(d)    Maximum of 25 requests for admission by each party to any other party.

(e)    Maximum of 10 depositions by plaintiff and 10 by defendant.

(f)    Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of parties.

(g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by December 31, 2005. Rebuttal expert reports due by January 30, 2006. All expert depositions will be completed on or before February 27, 2006.

(h)    **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of the protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before November 30, 2005.

4.    **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.    **Summary Judgment Motions.**    All summary judgment motions shall be served and filed with an opening brief on or before March 17, 2006. Briefing shall be

pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

      6.    **Applications by Motion.**   Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

      7.    **Motions in Limine.**  All motions <u>in limine</u> shall be filed on or before **[two weeks before pretrial conference].** All responses to said motions shall be filed on or before **[one week before pretrial conference].**

      8.    **Pretrial Conference.**   A pretrial conference will be held on __[April 2006]_____ at _____ .m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

      9.    **Trial.**  This matter is scheduled for a [day/week] bench/jury trial commencing on __[May 2006 for 5-7 days]_____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties shall plan on being allocated a total number of hours in which to present their respective cases.

      10.    **Other Items.**  The Parties have discussed and will continue to discuss computer based and other digital discovery matters. Any issues surrounding discovery of computer or digital discovery may be raised by either party at the scheduling conference on May 24, 2005.

United States District Judge

4

EXHIBIT 2

# BROWN & CONNERY
## LLP

WARREN W. FAULK◦
STEVEN G. WOLSCHINA
PAUL MAINARDI
MICHAEL J. VASSALOTTI◦
DENNIS P. BLAKE◦
WILLIAM M. TAMBUSSI◦
MARK P. ASSELTA*
STEPHEN J. DeFEO*
JOSEPH M. NARDI, III*
CHRISTINE P. O'HEARN*
JOSEPH T. CARNEY*

NATHAN A. FRIEDMAN◦
OF COUNSEL
KATHIE L. REHNER*
OF COUNSEL

THOMAS F. CONNERY, JR.(1915-2004)
HORACE G. BROWN (1902-1990)
HOWARD G. KULP, JR. (1906-1987)

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
360 HADDON AVENUE
P.O. BOX 539
WESTMONT, NEW JERSEY 08108

TELEPHONE (856) 854-8900
FACSIMILE (856) 858-4967
www.brownconnery.com

JACQUELINE R. BARRETT*
ILA BHATNAGAR*
MARK CAIRA
MICHELLE A. CARTER*
WILLIAM F. COOK*
TIMOTHY M. ELLIS*
JOSEPH M. GAREMORE*
STEPHEN C. HIGGINS*
PATRICK J. HOLSTON*
SHAWN C. HUBER*
JEFFREY R. JOHNSON*
DIANE S. KANE*
SUSAN M. LEMING*
LOUIS R. LESSIG*
DONALD K. LUDMAN*
BETH L. MARLIN*
KAREN A. MCGUINNESS*
STEPHANIE NOLAN DEVINEY*
EILEEN W. SIEGELTUCH*

◦ CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY

* ALSO ADMITTED IN PENNSYLVANIA

WOODBURY, NJ 08096     CAMDEN, NJ 08102     PHILADELPHIA, PA 19102
   (856) 812-8900        (856) 365-5100        (215) 592-4352

September 14, 2005

**Via Facsimile & Regular Mail**
Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
Wilmington, DE 19899

      Re:   **Commerce Insurance Services – Kimberly Bailey**
             **Our File No. 03-0704**

Dear Mr. Marconi:

Thank you for your recent correspondence. I appreciate your cooperation regarding discovery. As I stated earlier, I will be returning from vacation on the 19th and will have responses to your shortly after my return. In anticipation of the production of documents in this case, and to expedite matters, we are enclosing a Confidentiality Stipulation for your review and execution. This Stipulation is intended to protect confidential information contained in employee's personnel files and other documents requested by the plaintiff.

We have reviewed our files and are unable to locate a letter from your office dated July 7th. We do have your letter dated July 6th stating you will be requesting additional compensation information for Ms. Bailey. Please send me a copy of the letter of a list of the information you wish to receive.

Thank you.

                    Very truly yours,
                    BROWN & CONNERY, LLP

                    Susan M. Leming

SML/mmd
cc:    Sarah E. DiLuzio, Esquire (via fax)

EXHIBIT 3

SEP-18-2005 SUN 10:39 AM LOSCO MARCONI PA          FAX NO. 6567774                    P. 01

# LOSCO & MARCONI, P.A.
## ATTORNEYS-AT-LAW

DANIEL R. LOSCO*
THOMAS C. MARCONI
PAUL E. BILODEAU**

— — · ·

*Also Admitted in
Pennsylvania

** Also Admitted in
Virginia

1813 N. FRANKLIN STREET
P.O. BOX 1677
WILMINGTON, DELAWARE 19899

Telephone
(302) 656-7776

Telefax
(302) 656-7774

—··—————

Writer's Direct Dial No.
656-2284

## FACSIMILE TRANSMITTAL

DATE: September 18, 2005

FROM: Thomas C. Marconi

RE: Bailey v Commerce

MATTER NO.

TO: Susan Leming, Esq.

FAX NO:(856) 858-4967

MAIN NO.

NUMBER OF PAGES: 8

(INCLUDING THIS PAGE)

## PRIVACY AND CONFIDENTIALITY NOTICE

The information in this facsimile is intended for the named recipients only. It may contain privileged and confidential information. If you are not an intended recipient, you may not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify the sender immediately by telephone at (302) 656-7776 and return the original to the sender by mail. We will reimburse you for the postage.

COMMENTS:          Dear Susan:

Attached please find my comments to the Confidentiality Stipulation and my letter of July 7, 2005. For some reason we did not save a signed copy of the July 7 letter for the file.

Thanks,  Tom Marconi (302) 656-2284

c:

EXHIBIT 4



ded_nefreply@ded.uscourts.
gov
12/12/2005 01:26 PM

To    ded_ecf@ded.uscourts.gov

cc

bcc

Subject    Activity in Case 1:05-cv-00183-SLR Bailey v. Commerce
National Insurance Services Inc. "SO ORDERED"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once
without charge. To avoid later charges, download a copy of each document during this first
viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 12/12/2005 at 1:26 PM EST and
filed on 12/12/2005

**Case Name:**          Bailey v. Commerce National Insurance Services Inc.
**Case Number:**        1:05-cv-183
**Filer:**
**Document Number:**

**Docket Text:**
SO ORDERED, re [20] Joint MOTION for Scheduling Order *Extension*  filed by Commerce
National Insurance Services Inc., Re-Setting Scheduling Order Deadlines: Fact discovery to be
completed by 2/1/06; reports from retained experts for which any party has burden of proof due
1/30/06; rebuttal expert reports due 3/1/06; all expert depositions completed by 3/31/2006.
Dispositive Motions due by 5/1/2006. Signed by Judge Sue L. Robinson on 12/12/05. (rld, )

The following document(s) are associated with this transaction:

**1:05-cv-183 Notice will be electronically mailed to:**

Sarah Elizabeth DiLuzio    sdiluzio@potteranderson.com, rbrown@potteranderson.com;
dthompson@potteranderson.com

Elizabeth King    eking@potteranderson.com, dthompson@potteranderson.com

Susan M. Leming    sleming@brownconnery.com,

Thomas C. Marconi     tmarconi@delaw.org

**1:05-cv-183 Notice will be delivered by other means to:**

EXHIBIT 5

DANIEL R. LOSCO*
THOMAS C. MARCONI
PAUL B. BILODBAU**

———————

*Also Admitted in
Pennsylvania

** Also Admitted in
Virginia

# LOSCO & MARCONI, P.A.
ATTORNEYS-AT-LAW

1813 N. FRANKLIN STREET
P.O. BOX 1677
WILMINGTON, DELAWARE 19899

Telephone
(302) 656-7776

Telefax
(302) 656-7774

———————

Writer's Direct Dial No.
656-2284

## FACSIMILE TRANSMITTAL

DATE: December 16, 2005

FROM:  Thomas C. Marconi, Esquire

RE: Bailey v Commerce

MATTER NO.

TO: Hon. Mary Pat Thynge

FAX NO:(302) 573-6445

MAIN NO.

NUMBER OF PAGES: 2

(INCLUDING THIS PAGE)

## PRIVACY AND CONFIDENTIALITY NOTICE

The information in this facsimile is intended for the named recipients only.  It may contain privileged and confidential information.  If you are not an intended recipient, you may not copy, distribute or take any action in reliance on it.  If you have received this facsimile in error, please notify the sender immediately by telephone at (302) 656-7776 and return the original to the sender by mail.  We will reimburse you for the postage.

COMMENTS: Please deliver to Magistrate Thynge

Respectfully,  Thomas C. Marconi, Esquire (302) 656-2284

c:  Susan M. Leming, Esquire (856) 858-4967
    Elizabeth King, Esquire (302) 778-6044

## LOSCO & MARCONI, P.A.
ATTORNEYS AT LAW

DANIEL R. LOSCO*
THOMAS C. MARCONI
PAUL E. BILODEAU**

\* Also Admitted in
Pennsylvania

\*\* Also Admitted in
Virginia

1813 N. FRANKLIN STREET
P. O. BOX 1677
WILMINGTON, DELAWARE 19899

Telephone
(302) 656-7776

Telefax
(302) 656-7774

Writer's Direct Dial No.
(302) 656-2284

December 16, 2005

BY TELEFAX (302) 573-6445
Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

RE:    *Bailey v. Commerce National Insurance Services, Inc.*
       C.A. No.: 05-183-SLR

Dear Magistrate Thynge:

This office represents the Plaintiff in the above-referenced action. On June 29, 2005, counsel and Your Honor scheduled a mediation conference in the matter for January 9, 2006. The parties' mediation conference statements are due today.

Plaintiff desires to postpone the January 9, 2006 mediation conference because she has not received responses to discovery from Defendant which are necessary to calculate her damages. Thus, she has not been able to submit enough information to the expert for him to prepare a report. This discovery was due August 7, 2005, and despite many promises, Defendants have, to date, still not supplied the responses. The information sought is minimal and should be easily obtainable by Defendant from its own records. The parties agreed to amend the original scheduling order in the matter because of Defendant's failure to respond to all of Plaintiff's discovery requests for approximately 90 days beyond the due date under the Rules of Court.

Without the expert report, Plaintiff feels that neither the parties nor the Court can properly assess the true value of the case, and, therefore, a mediation conference at this time would have little real value.

Plaintiff understands that Defendants object to a continuance of the mediation conference.

Respectfully yours,

Thomas C. Marconi

cc:    Susan M. Leming, Esquire (856) 858-4967
       Kimberly Bailey
       Elizabeth King, Esquire (302) 778-6044

G:\Carla\Bailey, Kim 0309-3714\Maj Thynge.wpd

EXHIBIT 6



"tom" <tmarconi@delaw.org>          To  <sleming@BrownConnery.com>
03/30/2006 03:52 PM                 cc

Please respond to                   bcc
"tom" <tmarconi@delaw.org>
                                    Subject  Re: Bailey v Commerce

I thought that I was being dealt with in good faith in this matter by Brown & Connery but it appears as
though I was wrong. I will make application to the Court for an extension of discovery and I will be sure to
provide the Court with the due dates and the response dates of all of the discovery as well as the
unilateral, last minute cancelations of depositions that were scheduled with your office. I don't care how it's
done in New Jersey. We do not use tactics like that in Delaware. This will also be embarassing to your
local counsel. You may want to reconsider. If I don't have a stipulation to extend discovery by noon
3/31/06, I will file my motion with Judge Robinson.

----- Original Message -----
**From:** sleming@BrownConnery.com
**To:** tom
**Cc:** sdiluzio@potteranderson.com
**Sent:** Thursday, March 30, 2006 2:05 PM
**Subject:** Re: Bailey v Commerce


Tom - I appreciate your email but in light of the fact that discovery expires in a day, I would have
expected that you would have contacted us about this issue before now. We have requested additional
deposition dates from you from back in February and have heard nothing from you until yesterday. And
now, you are requesting additional depositions of individuals whose identity has been known to you and
your client from the onset of the litigation. I appreciate the constraints of your schedule and without being
difficult I think it best that you petition the court for your discovery needs. I would also appreciate if you
keep in mind that while you may be available the end of April, notwithstanding my clients' availability, Bill
& I are scheduled for trial the end of April and I have out of state depositions and trials the 1st 2 weeks of
May. I will wait to hear from you.

Susan M. Leming, Esq.
Brown & Connery, LLP
360 Haddon Avenue
Westmont, NJ 08108
Phone (856) 854-8900
Fax (856) 858-4967
sleming@brownconnery.com


"tom" <tmarconi@delaw.org>

                                    To  <sleming@BrownConnery.com>
03/29/2006 03:59 PM                 cc  "Kim Bailey" <kimbailey3214@yahoo.com>

Please respond to                   Subject  Bailey v Commerce
"tom" <tmarconi@delaw.org>

Dear Sue:

I would like to schedule the depositions of Deborah Watson, Mary Corcoran, Valerie Oakes Joseph Morrissey and Bruce McKelvey during the week of April 24, 2006. I am assuming that all of these people are still Commerce employees. My apologies for not being able to notice these sooner. By the time the Feb 15 and 16 deposition dates were canceled, my calendar was pretty much booked for March. Also I receieved service of the second interrogatory responses on March 10, 2006. It looks like we will need to amend the scheduling order to extend the discovery cut-off. Mid May should be sufficient. Sarah has it on her computer, so I'd appreciate it if she would prepare it and send it over for my review.

These date are fairly open for me, please let me know your availability.

Thanks Tom

Thomas C. Marconi, Esquire
Losco & Marconi, P. A.
1813 N. Franklin Street
P O Box 1677
Wilmington, DE 19899
(302) 656-2284 phone
(302) 656-3081 fax

EXHIBIT 7

# BROWN & CONNERY
## LLP

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
360 HADDON AVENUE
P.O. BOX 539
WESTMONT, NEW JERSEY 08108

TELEPHONE (856) 854-8900
FACSIMILE (856) 858-4967
www.brownconnery.com

WOODBURY, NJ 08096          CAMDEN, NJ 08102          PHILADELPHIA, PA 19102
(856) 812-8900              (856) 365-5100             (215) 592-4352

WARREN W. FAULK◦
STEVEN G. WOLSCHINA
PAUL MAINARDI
MICHAEL J. VASSALOTTI◦
DENNIS P. BLAKE◦
WILLIAM M. TAMBUSSI◦
MARK P. ASSELTA*
STEPHEN J. DeFEO*
JOSEPH M. NARDI, III*
CHRISTINE P. O'HEARN*
JOSEPH T. CARNEY*

NATHAN A. FRIEDMAN◦
OF COUNSEL
KATHIE L. RENNER*
OF COUNSEL

THOMAS F. CONNERY, JR.(1915-2004)
HORACE G. BROWN (1902-1990)
HOWARD G. KULP, JR. (1906-1987)

JACQUELINE R. BARRETT*
ILA BHATNAGAR*
MARK CAIRA
MICHELLE A. CARTER*
WILLIAM F. COOK*
TIMOTHY M. ELLIS*
JOSEPH M. GAREMORE*
STEPHEN C. HIGGINS*
PATRICK J. HOLSTON*
SHAWN C. HUBER*
JEFFREY R. JOHNSON*
DIANE S. KANE*
SUSAN M. LEMING*
LOUIS R. LESSIG*
DONALD K. LUDMAN
BETH L. MARLIN*
KAREN A. MCGUINNESS*
STEPHANIE NOLAN DEVINEY*
EILEEN W. SIEGELTUCH*

◦ CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

* ALSO ADMITTED IN PENNSYLVANIA

March 31, 2006

**Via Facsimile & Regular Mail**
Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
Wilmington, DE 19899

Re:   **Commerce Insurance Services - Kimberly Bailey**
      **Our File No. 03-0704**

Dear Mr. Marconi:

We received your latest email. The frustration and tone of your email are misdirected. Brown & Connery has and continues to work with you in good faith in a professional and courteous manner. You will remember that we jointly agreed to two prior extensions of discovery in this case as well as wrote to you on several occasions in February and earlier this month in attempts to reschedule the depositions requested by the plaintiff. It was not until your email on the afternoon of March 29th – two days before the close of fact discovery in this case – did we receive a response regarding the depositions. Three new depositions were mentioned in your March 29th email and were never noticed before despite the fact that their identities and alleged involvement in this case have been known by you and your client since the onset of this case – if not, since the Fall. And, the proposed dates for the depositions are a month or more from now which impacts the dispositive motion deadline.

The reference to our March 10th discovery responses does not relate to the lack of depositions over the past 90 days. Commerce responded to plaintiff's supplemental interrogatories – to which we consented to service of – with clarifications of documents previously supplied by defendant. None of the depositions sought by the plaintiff were impacted by the interrogatory responses. All of the individuals plaintiff seeks to depose were identified much earlier in this case.

BROWN & CONNERY
LLP

MARCH 31, 2006
PAGE 2


Finally, despite the threats in your email, my email never indicated that we would oppose your request for another extension of discovery.  It is our position that another extension which seeks not only additional time for discovery but also impacts the dispositive motion and trial schedules is a matter to be determined by the Court.  This remains our position.


Very truly yours,

BROWN & CONNERY, LLP

Susan M. Leming

SML/mmd
cc:    Sarah E. DiLuzio, Esquire (via fax)

EXHIBIT 8

MAR-31-2006-FRI 11:13 AM  Losco & Marconi, PA        FAX No. 302 656 3081                P. 003

DANIEL R. LOSCO*
THOMAS C. MARCONI
PAUL E. BILODEAU**

*Also Admitted in
Pennsylvania

** Also Admitted in
Virginia

## LOSCO & MARCONI, P.A.
### ATTORNEYS AT LAW

1813 N. FRANKLIN STREET
P. O. BOX 1677
WILMINGTON, DELAWARE 19899

Telephone
(302) 656-7776

Telefax
(302) 656-7774

Writer's Direct Dial No.
(302) 656-2284

March 31, 2006

BY FAX (856) 858-4967
Susan M. Leming, Esquire
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

RE:    *Bailey v. Commerce National Insurance Services, Inc.*
       C.A. No.: 05-183-SLR

Dear Susan:

The tone of my e-mail of yesterday was driven by the fact that your Firm is trying to ambush me, and I'm not used to being ambushed.

You can try to spin this anyway you want, but you were ninety days late responding to the initial paper discovery served in June '05, and thirty days late in responding to the second set of interrogatories. Go back to your correspondence file and look at the numerous promises you made, particularly in early September '05, about how you would definitely get me the responses as soon as you returned from vacation. It now appears to me that all that was a calculated effort to delay me and take advantage of my cooperation to get your discovery in and prevent me from getting mine.

As to the issue of the late response to the second set of interrogatories affecting my ability to take depositions, I specifically told you, and Mr Tambussi, that the second set of interrogatories was intended to flesh out information about some of the documents in the document production. Most notably, information about the authors and recipients of a number of internal memoranda, and other documents, so that I could figure out which Commerce employees I wanted to depose.

I was assured by you and Mr. Tambussi that the responses would be forthcoming. The last time Mr. Tambussi and I discussed it was at the conclusion of Ms. Bailey's deposition. He specifically informed me that you were "working on them" and would get them to me.

In reliance on that promise, I personally coordinated the scheduling of the February 15 and 16 depositions with your assistant, and noticed them once I was informed that those dates were clear, I cleared my calendar for those dates, and Mr. Bailey scheduled uncompensated time off from work to be in attendance. I was prepared to go forward with the deposition despite the fact that yet again your Firm's promises about getting paper discovery to me were not kept.   Then, to add insult to injury, you unilaterally canceled the depositions that I noticed with your office's approval.

MAR-31-2006-FRI 11:13 AM   Losco & Marconi, PA        FAX No. 302 656 3081        P. 004

While I acknowledge your letters in February to reschedule the deposition, I was not prepared to reschedule the depositions again until the second interrogatory answers were in. By the time those responses came in (March 10, 2006) my calendar for March was completely booked, and there was no way I could take the depositions by the discovery cut-off.

As to the "threats" in my e-mail, all I told you was that I intend to file a motion that tells the Court specifically how I've been treated. If you perceive that as a threat, then you must agree with me that I've been treated unfairly.

Finally, there is no trial date set in this matter, so another, brief, extension of the deadlines won't affect the trial date. If you don't oppose my request, why make me prepare and file a motion? The easiest thing for everyone including the Court is to prepare a stipulation just like before. In the unlikely event that the Court has a problem with the stipulation, we can file the motion.

Very truly yours,

Thomas C. Marconi

TCM/cp
enclosure
cc: Sarah DiLuzio, Esquire    (302) 658-1192

G:\Carla\Bailey, Kim 0309-3714\Lemming,ltr 3.31.06.wpd