IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY<br><br>Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE SERVICES, INC.,<br>a New Jersey corporation<br><br>Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## ORDER

AND NOW, the Court having considered Plaintiff's Motion to Amend the Scheduling Order and Defendant's Response thereto, **IT IS HEREBY ORDERED** that:

(a) The deadline for completion of fact discovery is extended until **May 15, 2006** for the limited purpose of allowing Plaintiff to conduct the depositions of defense witnesses previously noticed pursuant to Fed. R. Civ. P. 30;

(b) All summary judgment motions shall be served and filed with an opening brief on or before **June 16, 2006**.

_____
The Honorable Sue L. Robinson

Dated: _____, 2006