

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

April 26, 2006

**Via Electronic Filing and Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

> **Re:    Kimberly A. Bailey v. Commerce National Insurance Services, Inc.,**
> **Civil Action No. 05-CV-183-SLR**

Dear Judge Robinson:

I write on behalf of the defendant in the referenced matter, Commerce National Insurance Services, to request the Court's guidance. According to the Scheduling Order currently in place, dispositive motions are due to be filed with the Court no later than Monday, May 1, 2006. However, plaintiff filed a Motion to Extend the Scheduling Order on March 31, 2006, which remains pending.

Defendant is thus in a difficult situation. If it adheres to the current schedule and files its motion for summary judgment and accompanying brief on May 1, and the Court then grants plaintiff's motion and allows her additional discovery, defendant will be put to the disadvantage of having to draft a second summary judgment motion and brief to incorporate the new discovery. Moreover, defendant will have revealed its summary judgment strategy and arguments to plaintiff in advance of her conducting additional discovery. In addition to the obvious prejudice to the defendant, the Court will be burdened by two summary judgment briefs.

Given the circumstances, although we hesitate to burden the Court with additional requests, we must seek the Court's guidance as to how best to proceed.

Of course, counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Sarah DiLuzio

Sarah E. DiLuzio
(DE Bar I.D. 4085)

The Honorable Sue L. Robinson
April 26, 2006
Page 2


cc:  Clerk of the U.S. District Court (via Electronic Filing CM/ECF)
     Thomas C. Marconi, Esquire (via Electronic Filing CM/ECF and Hand Delivery)

729756