IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY,<br><br>        Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE<br>SERVICES, INC.,<br>a New Jersey corporation,<br><br>        Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

### DEFENDANT COMMERCE INSURANCE SERVICES, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Commerce Insurance Services, Inc., by and through its undersigned counsel, hereby moves for summary judgment on all claims of Plaintiff's Complaint. The reasons for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, filed concurrently herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
    Wendy K. Voss (I.D.# 3142)
    Sarah E. DiLuzio (I.D. # 4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone (302) 984-6000
    wvoss@potteranderson.com
    sdiluzio@potteranderson.com

*Attorneys for Defendant
Commerce Insurance Services, Inc.*

Of Counsel:

William M. Tambussi, Esq.
Susan M. Leming, Esq.
William F. Cook, Esq.
BROWN & CONNERY, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
(856) 854-8900

Dated: May 1, 2006
730280

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>COMMERCE INSURANCE SERVICES, INC.,<br>a New Jersey corporation,<br><br>　　　　　Defendant. | Civil No. 05-CV-183 (SLR)<br><br>Civil Action |

## ORDER

THIS MATTER having come before the Court on application by defendant Commerce Insurance Services, Inc. seeking summary judgment pursuant to Fed. R. Civ. P. 56, and the Court having reviewed and considered the submissions and arguments of counsel, and for good cause shown,

IT IS ORDERED AND ADJUDGED this _____ day of _____, 2006, that defendant's Motion for Summary Judgment is **GRANTED**; and plaintiff's Complaint as to defendant Commerce Insurance Services is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson
　　　　　　　　　　　　　　　　　　United States District Court Judge

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on May 1, 2006, I served two copies of the foregoing DEFENDANT COMMERCE INSURANCE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT upon the following counsel of record in the manner indicated:

BY HAND DELIVERY

Thomas C. Marconi, Esquire
Losco & Marconi, P.A.
1813 N. Franklin Street
P.O. Box 1677
Wilmington, DE 19899

Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

730280