IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY | ) |
| | ) |
|     Plaintiff, | ) C.A. No.: 05-183 SLR |
| | ) |
| v. | ) Trial by Jury Demanded |
| | ) |
| COMMERCE NATIONAL INSURANCE | ) |
| SERVICES, INC., a New Jersey corporation. | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF DEPOSITION

TO:

| | |
|---|---|
| By Telefax: (856) 858-4967 | By Telefax: (302) 658-1192 |
| William M. Tambussi, Esq. | Sarah E. DeLuzio, Esq. |
| Brown & Connery LLP | Potter Anderson & Corroon, LLP |
| 360 Haddon Avenue | 1313 North Market Street |
| West Mount, NJ 08108 | Wilmington, DE 19801 |

    PLEASE TAKE NOTICE that the undersigned counsel will take the oral depositions of the following persons on **May 10, and May 12, 2006** at the Law Offices of Losco & Marconi, P.A., 1813 North Franklin Street, Wilmington, Delaware 19802 commencing at 10:00 am. both days:

    Mary Corcoran,
    Deborah Watson,
    Darlene Wilkins,
    Valerie Oakes

                                  **LOSCO & MARCONI, P.A.**

                                  /s/Thoms C. Marconi, Esquire
                                  Thomas C. Marconi, Esquire (#2761)
                                  1813 N Franklin Street
                                  P.O. Box 1677
                                  Wilmington, DE 19899
                                  (302) 656-7776
                                  F(302)656-7774
                                  tmarconi@delaw.org
                                  Attorneys for Plaintiff, Kimberley A. Bailey

Date: May 5, 2006
cc: Corbett & Wilcox by facsimile (302)571-1321
G:\Carla\Bailey, Kim 0309-3714\Pleadings US Dist Ct of DE\Notice of Deposition 5.5.06.wpd