**CERTIFICATE OF SERVICE**

I, Thomas C. Marconi, Esquire hereby certify that on this 30th day of June, 2006, I caused two copies of *Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment* to be served via hand delivery upon the following:

Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

/s/ Thomas C. Marconi
Thomas C. Marconi, Esquire (#2761)