IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMMERCE NATIONAL INSURANCE )<br>SERVICES, INC., a New Jersey corporation. )<br>)<br>    Defendant. ) | C.A. No.: 05-183 SLR<br><br>Trial by Jury Demanded |

### NOTICE OF SERVICE

I, Thomas C. Marconi, Esquire, hereby certify that on this 25th day of August 2006, I caused a true and correct copy of *Plaintiff's Response to Defendant Commerce Insurance Services, Inc.'s Second Request for Production of Documents Directed to Plaintiff, Kimberley A. Bailey* to be served upon the following as indicated:

**VIA FIRST CLASS MAIL:**
Elizabeth King, Esquire
Sarah E. DiLuzio
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL:**
William M. Tambussi, Esquire
Susan M. Leming, Esquire
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108

**LOSCO & MARCONI, P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-7776
F(302)656-7774
tmarconi@delaw.org
Attorneys for Plaintiff, Kimberley A. Bailey