IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-183-SLR |
| ) | |
| COMMERCE NATIONAL INSURANCE ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 13th day of February, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 31) is granted. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge