IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-183-SLR |
| | ) |
| COMMERCE NATIONAL INSURANCE | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of February 13, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Commerce National Insurance Services, Inc. and against plaintiff Kimberly A. Bailey.

_____
United States District Judge

Dated: February 14, 2007

_____
(By) Deputy Clerk