IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLEY A. BAILEY )<br>)<br>  Plaintiff/Appellant, )<br>)<br>v. )<br>)<br>COMMERCE NATIONAL INSURANCE )<br>SERVICES, INC., a New Jersey corporation. )<br>)<br>  Defendant/Appellee. ) | C.A. No.: 05-183 SLR<br><br>Notice of Appeal |

## NOTICE OF APPEAL

Notice is hereby given that Kimberley A. Bailey, Plaintiff/Appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting Motion for Summary Judgment in favor of Defendant/Appellee, Commerce National Insurance Services, Inc., and against Plaintiff/Appellant, Kimberley A. Bailey, entered in this action on the 13th day of February, 2007, and the Judgment in favor of Defendant/Appellee Commerce National Insurance Services, Inc., and against Plaintiff/Appellant Kimberley A. Bailey entered in this action on the 14th day of February, 2007.

**LOSCO & MARCONI, P.A.**

/s/Thoms C. Marconi, Esquire
Thomas C. Marconi, Esquire (#2761)
1813 N Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-2284
F(302)656-7774
tmarconi@delaw.org
Attorneys for Kimberley A. Bailey

March 14, 2007