UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 07-1777

KIMBERLEY A. BAILEY,

Appellant

v.

COMMERCE NATIONAL INSURANCE SERVICES, INC.,
A NEW JERSEY CORPORATION

---

On Appeal from the United States District Court
for the District of Delaware
Civil No. 05-CV-00183
District Judge: The Honorable Sue L. Robinson

---

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 15, 2008

Before: SLOVITER, and SMITH, *Circuit Judges*,
DIAMOND, *District Judge*[*]

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted on February 15, 2008. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court

---

[*]The Honorable Gustave Diamond, Senior District Judge for the United States District Court for the Western District of Pennsylvania, sitting by designation.

entered on February 16, 2007, be and the same hereby is AFFIRMED. Costs taxed against the appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: February 29, 2008

Cost taxed in favor of Appellee:

    Total Costs ....... $331.27

Certified as a true copy and issued in lieu of a formal mandate on March 24, 2008

Teste:

Acting Clerk, United States Court of Appeals
for the Third Circuit

Marcia M. Waldron, Clerk